# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASES NO.  4:10cr27-RH/WCS
                                                                          4:10cr28-RH/WCS

TONY LAMAR HAMILTON,

      Defendant.

_____/

## ORDER CONTINUING DETENTION

      The government moved for the detention of the defendant Tony Lamar Hamilton.  The magistrate judge granted the motion for the reasons set out in a written order.  (Document 8.)  Mr. Hamilton now has moved for review of that ruling under 18 U.S.C. § 3145(b).  I review the matter de novo, that is, without giving deference to the magistrate judge's decision.

      In the motion for review, Mr. Hamilton takes no issue with the magistrate judge's recitation of the evidence included in this record.  Nor does he take issue with the proposition that the evidence properly can be considered on the detention issue.  Mr. Hamilton's assertion, instead, is that there are conditions less restrictive

than detention that would reasonable assure the safety of the community and Mr.

Hamilton's appearance as required. Like the magistrate judge, I disagree. I

conclude that no condition or combination of conditions will reasonably assure the

safety of the community and Mr. Hamilton's appearance as required.

Mr. Hamilton also asserts that during his detention he has not received the

medicines he needs. Even if that were true, the remedy would be to provide the

medicines, not to release him. A person cannot properly be released if, as is the

case here, no condition or combination of conditions will reasonably assure the

safety of the community and the person's appearance as required.

For these reasons,

IT IS ORDERED:

Mr. Hamilton's motion (document 12) for review of the magistrate judge's

detention order is GRANTED. Upon review, the detention order is approved. The

defendant will remain in detention under that order.

SO ORDERED on May 27, 2010.

s/Robert L. Hinkle
United States District Judge